**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **ROBERT CENTORE,** | )<br>)<br>) |
| **PLAINTIFF** | )<br>) |
| v. | **CIVIL NO. 2:13-CV-324-DBH**<br>)<br>) |
| **BENTLEY'S SALOON, LLC,** | )<br>)<br>) |
| **DEFENDANT** | ) |

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The defendant employer's motion for summary judgment is **DENIED**. With respect to the charge of sex discrimination, there are genuine issues of material fact as to whether management decided to pursue the promotional theme of all-female bartenders for its business, and terminated the male plaintiff as a result. With respect to the charge of age discrimination, certainly a factfinder could conclude that the age-related remarks did not drive the decision, but the factfinder could also conclude, as a result of those comments and their timing and previous evaluations, that the plaintiff ultimately was terminated on account of age discrimination.

**SO ORDERED.**

**DATED THIS 24TH DAY OF OCTOBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**